**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | : : : : : |
| Plaintiff, | : : |
| v. | : Case No. 3:19-cv-01769-ARC : |
| GARY SAMPSON, PRENTIS JACKSON, ASHLI SAMPSON, and VALERIE SAMPSON, | : : : : |
| Defendants. | : : |

_____

**NOTICE OF FIRM NAME CHANGE AND E-MAIL CONTACT CHANGE**

Please be advised that effective February 1, 2020, Drinker Biddle & Reath LLP has changed its name and e-mail addresses. The new firm name is hereinafter **Faegre Drinker Biddle & Reath LLP.** The mailing address and contact telephone numbers remain unchanged.  The following attorney, who is counsel of record for Plaintiff Lincoln Life Assurance of Boston f/k/a Liberty Life Assurance of Boston, may now be reached at the following e-mail address:

| Attorney Name | E-mail Address |
|---|---|
| Christopher F. Petillo | Christopher.Petillo@faegredrinker.com |

Counsel for Plaintiff Lincoln Life Assurance of Boston f/k/a Liberty Life Assurance of Boston, respectfully requests that the Clerk and all counsel update the firm's new name and email address information.

|  |  |
|---|---|
| Dated: Philadelphia, Pennsylvania<br>February 3, 2020 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>By: */s/ Christopher F. Petillo*<br>Christopher F. Petillo<br>Christopher.Petillo@faegredrinker.com<br>One Logan Square, Suite 2000<br>Philadelphia, PA  19103-6996<br>Telephone:  215-988-2700<br>Facsimile:  215-988-2757 |